UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| REX CALL, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:15-cv-00319-JAW |
| | ) |
| CHAD CURTIS, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed October 26, 2015 (ECF No. 10), the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Complaint (ECF No. 1) be and hereby is DISMISSED without prejudice due to his failure to prosecute the action.

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2015